# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF SETTING**　　　　　　　　　　Date:   April 3, 2000

| | |
|---|---|
| USED TIRE INTERNATIONAL, INC. | |
| Plaintiff | |
| vs. | Civil 97-1028 (PG) |
| MANUEL DIAZ SALDAÑA | |
| Defendant | |

By Order of the Court a status conference in the above captioned case, is hereby set for **Friday, April 14, 2000,** at 8:30 A.M.  This proceeding will be held before Honorable Juan M. Pérez-Giménez.

　　　　　　　　　　　　　　　　　　　　　　　　　　　Lida Isis Egelé
　　　　　　　　　　　　　　　　　　　　　　　　　　　Courtroom Deputy

s/c:   Andrés Guillemard
　　　 Hjalmar Flax

