# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF RE-SETTING**                         Date:   April 13, 2000

| | |
|---|---|
| USED TIRE INTERNATIONAL, INC. * | |
| Plaintiff * | |
| vs. * | **Civil 97-1028 (PG)** |
| MANUEL DIAZ SALDAÑA * | |
| Defendant * | |

By Order of the Court the status conference scheduled for tomorrow, April 14, 2000, is hereby reset for **Tuesday, April 18, 2000,** at 2:00 P.M.  This proceeding will be held before Honorable Juan M. Pérez-Giménez.

_____
Lida Isis Egelé
Courtroom Deputy

s/c:   Andrés Guillemard       (Notified by phone: Nitza)
       María Judith Surillo          "         "       "        personally