# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO



RECEIVED & FILED
'00 SEP 27 AM 8 14
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

USED TIRE INTERNATIONAL, INC.,
    Plaintiff,

        v.                   Civil   No. 97-1028(PG)

MANUEL DIAZ-SALDAÑA,
    Defendant.

| MOTION | ORDER |
|---|---|
| Docket #31 - Motion Requesting Leave To File Sur-Reply. | GRANTED. |

Date: ___September___ _36_ , 2000.

_Juan M. Perez-Gimenez_
JUAN M. PEREZ-GIMENEZ
U.S. District Judge

(2)

(33)