UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

USED TIRE INTERNATIONAL, INC.,
    Plaintiff,

        v.                                    Civil  No. 97-1028(PG)

MANUEL DIAZ-SALDAÑA,
    Defendant.

| MOTION | ORDER |
|---|---|
| Docket #26 - Plaintiff's Motion For Attorney's Fees Pursuant To 42 U.S.C. §1988(b). | GRANTED. Plaintiff is entitled to attorney's fees. |
| Docket #29 - Plaintiff's Motion For Leave To File A Reply To Defendant's Opposition And For An Extension Of Time. | MOOT. |
| Docket #30 - Plaintiff UTI's Motion To Amend Its Motion For Attorney's Fees Pursuant To 42 U.S.C. § 1988(b). | GRANTED. |
| Docket #___ - Plaintiff UTI's Reply To Defendant's Opposition To Motion For Attorney's Fees Pursuant To 42 U.S.C. § 1988(b). | Plaintiff's motion is to be accepted and filed. |

Date: _September 27_, 2000.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge