UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



USED TIRE INTERNATIONAL, INC.,
    Plaintiff,

    v.                             Civil No. 97-1028(PG)

MANUEL DIAZ-SALDAÑA,
    Defendant.

| MOTION | ORDER |
|---|---|
| Docket #37 - Motion Requesting Evidentiary Material. | GRANTED. |

Date: _____October 6_____, 2000.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge