RECEIVED & FILED
'00 DEC 13 AM 11:31

CLERK'S OFFICE
U S DISTRICT COURT
SAN JUAN PR

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

USED TIRE INTERNATIONAL, INC.,
    Plaintiff

v.      CIVIL NO. 97-1028 (PG)

MANUEL DIAZ SALDAÑA,
    Defendant

### JUDGMENT

The Court having entered an order on this same date granting plaintiff's Used Tire International, Inc., "Motion For Entry of Judgment" (Docket No. 42), it is hereby

**ORDERED and ADJUDGED** that judgment is hereby entered **DISMISSING** all claims **with prejudice** and ordering defendant, Hon. Manuel Diaz Saldaña, to pay the sum of $99,423.03 for attorneys fees and costs.

San Juan Puerto Rico, December 12, 2000.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge



AO 72A
(Rev. 8/82)