UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



USED TIRE INTERNATIONAL, INC.,
    Plaintiff,

v.                                   Civil No. 97-1028(PG)

MANUEL DIAZ-SALDAÑA, Secretary
of the Department Of Treasury of
the Commonwealth of Puerto Rico,
et al.,
    Defendants.

| MOTION | ORDER |
|---|---|
| Docket #48 - Plaintiff UTI's Motion For Withdrawal of Funds Consigned By Defendant. | **GRANTED.** |

Date: _____March_____ _14_, 2001.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge